**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1340

PATRICK MCHUGH,

             Plaintiff - Appellant,

        v.

MAYOR AND CITY COUNCIL OF BALTIMORE; ANGELA M. BUTLER; ANDRE
MOSELEY,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Beth P. Gesner, Magistrate Judge.
(1:09-cv-01214-BPG)

Submitted:  February 17, 2012      Decided:  March 29, 2012

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John B. Stolarz, THE STOLARZ LAW FIRM, Baltimore, Maryland, for
Appellant.  George Nilson, City Solicitor, William Phelan, Chief
Solicitor, Sabrina Willis, Assistant Solicitor, BALTIMORE CITY
DEPARTMENT OF LAW, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick McHugh appeals the district court's order granting summary judgment in favor of the Mayor and City Council of Baltimore and individual Defendants Angela Butler and Andrew Moseley in this employment discrimination action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-2000e-17 (West 2003 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] See McHugh v. Mayor and City Council of Baltimore, No. 1:09-cv-01214-BPG (D. Md. Mar. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Pursuant to 28 U.S.C. § 636(c) (2006) and Fed. R. Civ. P. 73, the parties consented to the exercise of jurisdiction by the magistrate judge.